AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**Southern** District of **New York**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff (s),<br>V.<br>JAMES JEREMY BARBERA<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 21-CR-154 |

Notice is hereby given that, subject to approval by the court, **James Jeremy Barbera** (Party (s) Name) substitutes **Eric M. Creizman** (Name of New Attorney), State Bar No. _____ as counsel of record in place of **Karen Y. Bitar** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Armstrong Teasdale LLP
Address: 919 Third Avenue, Fl. 37, New York, New York 10022
Telephone: (212) 209-4358       Facsimile: (212) 409-8385
E-Mail (Optional): ecreizman@atllp.com

I consent to the above substitution.
Date: 3/9/2021

James Jeremy Barbera
(Signature of Party (s))

I consent to being substituted.
Date: 3/9/2021

*Karen Y. Bitar*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/9/2021

*Eric M. Creizman*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/10/2021       /s/ John G. Koeltl
                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Signature: *James Jeremy Barbera*
James Jeremy Barbera (Mar 9, 2021 18:32 EST)

Email: ████████████████████