**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

        - against -                 **21 Cr. 154 (JGK)**

**JAMES JEREMY BARBERA**                <u>**ORDER**</u>

         **Defendant.**
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

     The parties are directed to appear for another conference on **June 15, 2021** at **12:00 p.m.**

     Because a continuance is needed to allow for the Government to make discovery and for the defendant to review it, to allow defense counsel time to decide what motions, if any, will be made, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **March 10, 2021,** until **June 15, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial.  This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**     **New York, New York**
             **March 10, 2021**           _____/s/ John G. Koeltl_____
                                                      **John G. Koeltl**
                                       **United States District Judge**