UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   - against -

JAMES JEREMY BARBERA

                    Defendant.

21 Cr. 154 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

   The defense motions are due August 6, 2021.  Responses are due August 27, 2021.  Replies are due September 10, 2021.

   The parties are directed to appear for another conference on September 30, 2021 at 2:30 p.m.

   Rule 404(b) evidence to be produced by October 1, 2021. Requests to charge, motions in limine, and voir dire are due October 4, 2021.  Responses and replies are due October 11, 2021.

   The final pre-trial conference is scheduled for November 3, 2021 at 4:00 p.m.  Trial is scheduled for November 8, 2021 at 9:00 a.m.

   SO ORDERED.

Dated:    New York, New York
          June 15, 2021

                                    _____
                                    John G. Koeltl
                                    United States District Judge