March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY TELECONFERENCE**

-v-

1:21 -CR- 154( JGK) (     )

James Jeremy Barbera ,
        Defendant(s).
-----------------------------------------------------------X

Defendant __James Jeremy Barbera__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/02/21
```

_J. Jeremy Barbera_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**James Jeremy Barbera**
Print Defendant's Name

_Eric M. Creizman_
Defense Counsel's Signature

**Eric M. Creizman**
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

_7/2/21_
Date

_[signature]_
U.S. District Judge/~~U.S. Magistrate Judge~~