UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | 21-CR-154 (JGK) |
| v. | |
| JAMES JEREMY BARBERA | [Proposed] |
| Defendant. | ORDER |

---

JOHN G. KOELTL, District Judge:

This matter having come before the Court on the unopposed application of the defendant, James Jeremy Barbera, by his counsel, Eric M. Creizman of Armstrong Teasdale LLP, and for good and sufficient cause shown, the briefing schedule for Mr. Barbera's pretrial motions have been revised as follows:

Defense motions shall be due by August 13, 2021.

The Government's responses shall be due by September 3, 2021.

Defense replies shall be due by September 17, 2021.

**SO ORDERED**

**Dated:** New York, New York
August 5, 2021

_____
Hon. John G. Koeltl
United States District Judge