UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

JAMES JEREMY BARBERA,

    Defendant.

21 Cr. 154 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

In response to the defendant's letter dated August 4, 2021, ECF No. 32, the Court adjourns the trial date to **January 31, 2022**, at 9:00 a.m.

The Government must produce notice of Rule 404(b) evidence by **November 5, 2021**.

Requests to charge, motions in limine, and voir dire requests are due on or before **November 9, 2021**. Responses and objections are due **November 19, 2021**.

The final pre-trial conference is scheduled for **January 11, 2022** at 4:00 p.m.

Because a continuance is needed due to the complexity of the case, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **August 5, 2021**, until **January 31, 2022**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial.

This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:  New York, New York
        August 5, 2021

_____
John G. Koeltl
United States District Judge