UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -                 21 Cr. 154 (JGK)

JAMES JEREMY BARBERA,         ORDER

            Defendant.

JOHN G. KOELTL, District Judge:

    The parties should be prepared to address the defendant's outstanding motions at the upcoming conference in this case scheduled for September 30, 2021, at 2:30 p.m. The September 30 conference will be held via telephone. Dial-in: (888) 363-4749, with access code 8140049.

    The Clerk is directed to close Docket No. 44.

SO ORDERED.

Dated:    New York, New York
            September 27, 2021

                                      John G. Koeltl
                             United States District Judge