UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

1:21-CR-000154-JGK

JAMES JEREMY BARBERA

**ORDER FOR ADMISSION PRO HAC VICE**

Defendant.

---

The motion of <u>Khristopher Johnson-DeLoatch,</u> for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of <u>Missouri</u>; and that his/her contact information is as follows (please print):

Applicant's Name: <u>Khristopher Johnson-DeLoatch</u>

Firm Name: <u>Armstrong Teasdale LLP</u>

Address: <u>7700 Forsyth Blvd, Suite 1800</u>

City / State / Zip: <u>St. Louis, MO 63105</u>

Telephone / Fax: <u>314-621-5070</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Defendant, James Jeremy Barbera,</u> in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9/27/21

United States District / ~~Magistrate~~ Judge