Eric M. Creizman
Direct T 212.209.4358 F 212.409.8385
ECreizman@atllp.com

*Application granted.*
*New deadlines approved.*
*Hearing scheduled for November 4, 2021 at 9:00 A.M.*
*So ordered.*
*/s/ J.G. Koeltl*
*10/8/21    U.S.D.J.*

October 7, 2021

*By ECF*

The Honorable John G. Koeltl
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. James Jeremy Barbera*, 21-CR-154 (JGK)

Dear Judge Koeltl:

We represent James Jeremy Barbera in the above-referenced matter.

We have conferred with the government as to scheduling of the evidentiary hearing concerning Mr. Barbera's post-arrest statements, and respectfully request that it be held during the week of November 1, 2021, on a date and time that is convenient to the Court.

In addition, we respectfully request, on consent of the government, that the Court "so order" the amended schedule for the submissions proposed below:

- The deadline for the government to provide notice under Fed. R. Evid. 404(b) shall be extended from November 5, 2021 to November 19, 2021.

- The deadline for the parties to file Requests to Charge, Motions in Limine, and Voir Dire Requests shall be extended from November 9, 2021 to November 23, 2021.

- The deadline for each party to file responses to the other's Requests to Charge, Motions in Limine, and Voir Dire Requests shall be extended from November 19, 2021 to December 3, 2021.

Hon. John G. Koeltl
October 7, 2021
Page 2

I thank the Court for its consideration in this matter.

Respectfully,

/s/ Eric M. Creizman

Eric M. Creizman (EC7684)

cc:     Assistant United States Attorney Joshua Naftalis (by ECF and email)

ARMSTRONG TEASDALE LLP