UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

     - against -                    21 Cr. 154 (JGK)

JAMES JEREMY BARBERA,            ORDER

          Defendant.
---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, via telephone, on **December 16, 2021, at 9:00 a.m.** regarding the defendant's outstanding motion to suppress. Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           November 18, 2021

                                      John G. Koeltl
                              United States District Judge