UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      - against -　　　　　　　　　　21 Cr. 154 (JGK)

JAMES JEREMY BARBERA,　　　　　　　ORDER

      Defendant.

JOHN G. KOELTL, District Judge:

    The parties are advised that the new firm trial date is February 14, 2022.

SO ORDERED.

Dated:　　New York, New York
　　　　　December 4, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　United States District Judge