```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

UNITED STATES OF AMERICA

      - against -

JAMES JEREMY BARBERA,

                Defendant.

―――――――――――――――――――――――――――――

21 Cr. 154 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

The firm trial date in this case is now **February 2, 2022,** which is closer to the original trial date of January 31, 2022.

**SO ORDERED.**

**Dated:**    New York, New York
            December 15, 2021

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                United States District Judge