```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA

    - against -

JAMES JEREMY BARBERA,

           Defendant.

21 Cr. 154 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

In response to the parties' request, trial will begin with Jury Selection in the Jury Assembly Room on February 2, 2022. The parties will meet in advance at 9:00 a.m. in Courtroom 24A. Opening statements will begin at 9:30 a.m. in Courtroom 24A on February 7, 2022. The Court will instruct the Jury that the trial is expected to last no longer than three weeks, namely no longer than February 25, 2022.

SO ORDERED.

Dated:    New York, New York
             January 25, 2022

                                          John G. Koeltl
                                    United States District Judge