UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                    21 Cr. 154 (JGK)

JAMES JEREMY BARBERA,              ORDER

              Defendant.

---

JOHN G. KOELTL, District Judge:

The Government should promptly provide a copy of the Chat referred to in the Government's letter dated January 27, 2022, ECF No. 88, to Mr. Aidala, so that Mr. Aidala can advise the Court by **January 31, 2022** whether Mr. Meyyappan chooses to assert his privilege with respect to that document. The Government should also promptly provide a copy of the document to the Court ex parte under seal, so that the Court can determine whether the document should be produced to the defense even if a privilege is asserted with respect to that document.

SO ORDERED.

Dated:    New York, New York
          January 27, 2022

                                      John G. Koeltl
                                    United States District Judge