UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                        21 Cr. 154 (JGK)

JAMES JEREMY BARBERA,                 ORDER

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties should arrive at 9:00 a.m. to Courtroom 24A on February 7, 2022.

    The parties are advised that anyone who removes their mask in the courtroom must be tested for COVID-19 the day they remove their mask. To be unmasked for consecutive days, the person must be tested every other day. Those needing testing can email the Court's COVID Response Team at Covid_Response@nysd.uscourts.gov to arrange an appointment for testing at the courthouse.

SO ORDERED.

Dated:    New York, New York
            February 3, 2022

                                              John G. Koeltl
                                      United States District Judge