UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States

Plaintiff,

-against-

James Jeremy Barbera

Defendant.

21 Cr. 154

~~1:21 cv 000154~~ ( JGK )

ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION

Upon the oral motion of _Bianca A. Valcarce_, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _Pennsylvania and District of Columbia_; and that his/her contact information is as follows (please print):

Applicant's Name: Bianca A. Valcarce

Firm Name: Armstrong Teasdale LLP

Address: 2005 Market Street, 29th Floor, One Commerce Square

City / State / Zip: Philadelphia, PA 19103

Telephone / Fax: Ph: (267) 780-2014 / Fax: (215) 405-9070

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _Defendant, James Jeremy Barbera_ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: 2/7/22

United States District / ~~Magistrate~~ Judge