UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

JAMES JEREMY BARBERA,

        Defendant.

21 Cr. 154 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    This Order is to advise the parties that when the Jury Room was cleared, the Notes from the Court to the Jury were not found. However, as the parties know, the record reflects all of the Notes to and from the Jury.

SO ORDERED.

Dated:    New York, New York
          February 17, 2022

                                              John G. Koeltl
                                      United States District Judge