

Eric M. Creizman
Direct T 212.972.0200  F 212.409.8385
ECreizman@atllp.com

*By ECF and Email*

February 23, 2022

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
John G. Koeltl, U.S.D.J.
2/24/22

**Re:   United States v. James Jeremy Barbera, 21-CR-154 (JGK)**

Dear Judge Koeltl:

On consent of the government, we respectfully request that the Court extend Mr. Barbera's deadline to file post-trial motions under Rules 29 and 33 of the Federal Rules of Criminal Procedure from March 3, 2022 to March 21, 2022. If the Court grants this request, we respectfully request that the Court set the deadlines of April 18, 2022 for the government to file its opposition papers and of April 25, 2022 for Mr. Barbera to file any reply.

We thank the Court for its consideration in this matter.

Respectfully submitted,

/s/ Eric M. Creizman
Eric M. Creizman (EC7684)
Melissa Madrigal (MM0200)

cc:   AUSAs Kiersten Fletcher and Daniel Loss (by ECF and email)

ARMSTRONG TEASDALE   |   LLP
ArmstrongTeasdale.com

7 TIMES SQUARE, 44TH FLOOR, NEW YORK, NY 10036-6508  T  212.209.4400