UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
UNITED STATES OF AMERICA             :
                                     :  Docket No.: 21-CR-154 (JGK)
     -v-                             :
                                     :
JAMES JEREMY BARBERA,                :  **ORDER**
                                     :
     Defendant.                      :
------------------------------------ x

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT JAMES JEREMY BARBERA

COMES NOW before this Court Nicholas W. Dowd's Motion to Withdraw as counsel of record for Defendant James Jeremy Barbera. The Court having being duly advised in the premises, and for good cause shown:

IT IS HEREBY ORDERD, ADJUDGED AND DECREED that Nicholas W. Dowd's Motion to Withdraw as Counsel of Record for Defendant James Jeremy Barbera is GRANTED. Armstrong Teasdale LLP, Eric M. Creizman, Melissa Madrigal, Bianca Valcarce, and Casey Waughn will continue such representation after Mr. Dowd's departure from Armstrong Teasdale LLP.

Dated:  New York, New York
        April 5, 2022.

                                            _____
                                            John G. Koeltl
                                            United States District Judge