UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA

       - against -                 21 Cr. 154 (JGK)

JAMES JEREMY BARBERA,                <u>ORDER</u>

            Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The defendant must file any reply in support of the motion for a new trial by June 13, 2022.

SO ORDERED.

Dated:    New York, New York
           June 3, 2022

                                            John G. Koeltl
                                  United States District Judge