

Eric M. Creizman
Direct **T** 212.972.0200  **F** 212.409.8385
ECreizman@atllp.com

```
Application granted. SO ORDERED.

New York, NY          /s/ John G. Koeltl
June 13, 2022         John G. Koeltl, U.S.D.J.
```

*By ECF and Email*

June 12, 2022

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:    United States v. James Jeremy Barbera, 21-CR-154 (JGK)**

Dear Judge Koeltl:

    On consent of the government, we respectfully request a one-week extension of Mr. Barbera's deadline to file his reply papers in support of his post-trial motions under Rules 29 and 33 of the Federal Rules of Criminal Procedure from Monday, June 13, 2022 to Monday, June 20, 2022. Ms. Madrigal and I have been in Los Angeles in connection with a criminal case, and we need the additional time to complete the submission and to enable Mr. Barbera the opportunity to fully review and comment on the submission.

    This is Mr. Barbera's first request for an extension of the deadline to file his reply to in support of his post-trial motions. The Court previously granted two requests by Mr. Barbera to extend the deadline to file his opening papers and two requests by the government to extend its time to file its opposition to Mr. Barbera's post-trial motions.

    We thank the Court for its consideration in this matter.

    Respectfully submitted,

    /s/ Eric M. Creizman
    Eric M. Creizman (EC7684)

    cc:    AUSAs Kiersten Fletcher and Daniel Loss (by ECF and email)