UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

       - against -                          21 Cr. 154 (JGK)

JAMES JEREMY BARBERA,              ORDER

             Defendant.
---

JOHN G. KOELTL, District Judge:

    By July 22, 2022, the Government should submit one USB drive to the Court containing all the Government exhibits that were admitted into evidence at trial. The defendant should do the same, by the same date, with respect to defense exhibits. If there are any difficulties fulfilling this request, the parties should submit a letter to the Court explaining those difficulties.

SO ORDERED.

Dated:    New York, New York
           July 19, 2022

                                                      John G. Koeltl
                                         United States District Judge