UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      - against -

JAMES JEREMY BARBERA,

              Defendant.

21-cr-154 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The sentencing is scheduled for **November 21, 2022 at 10:00 a.m.** Defense submissions are due by **November 2, 2022**. The government's submissions are due by **November 9, 2022**.

SO ORDERED.

Dated:    New York, New York
            October 18, 2022

                                           John G. Koeltl
                                  United States District Judge