March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

JAMES JEREMY BARBERA

        Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-**CR**-154 (JGK) (        )

Defendant ___JAMES JEREMY BARBERA___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

_X_   Status and/or Scheduling Conference

___   Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Jeremy Barbera
Print Defendant's Name

_____
Defense Counsel's Signature

Melissa Madrigal
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

10/19/22
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge