

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2022

**BY ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    ***United States v. James Jeremy Barbera*, 21 Cr. 154 (JGK)**

Dear Judge Koeltl:

    The Government respectfully submits this letter to request the Court grant the Government a brief extension of time, to November 11, 2022, to file its sentencing submission in this matter, which is presently due on November 9, 2022. The reason for the request is to allow the Government adequate time to respond to the defendant's sentencing submission, which was initially due on November 2, 2022, but was not filed until the early morning of November 7, 2022. The defense does not object to the Government's request. The Government remains prepared to proceed to sentencing on November 21, 2022, as scheduled.

                                                            Respectfully submitted,

                                                            DAMIAN WILLIAMS
                                                            United States Attorney

                                               By:   /s/
                                                     Kiersten A. Fletcher
                                                     Daniel Loss
                                                     Assistant United States Attorneys
                                                     (212) 637- 2238/-6527

cc (by ECF):   Eric Creizman, Esq.
                      Melissa Madrigal, Esq.

*Application granted.*
*So ordered.*

*/s/ John G. Koeltl*
*11/8/22  U.S.D.J.*