UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   - against -       21-cr-154 (JGK)

JAMES JEREMY BARBERA,      ORDER

       Defendant.

JOHN G. KOELTL, District Judge:

  The parties are directed to submit a proposed briefing schedule for the government's supplemental sentencing submission and the defendant's response by **November 29, 2022.**

SO ORDERED.

Dated:  New York, New York
    November 21, 2022

          John G. Koeltl
       United States District Judge