Case 1:21-cr-00154-JGK   Document 176   Filed 01/04/23   Page 1 of 1



Eric M. Creizman
Direct T 212.972.0200  F 212.409.8385
ECreizman@atllp.com

*By ECF*

January 3, 2023

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
1/4/23

**Re:    United States v. James Jeremy Barbera, 21-CR-154 (JGK)**

Dear Judge Koeltl:

On consent of the government, I write to respectfully request a one-day extension of the deadline to file our response to the government's supplemental sentencing submission from January 3, 2023 to January 4, 2023.

The government's supplemental sentencing submission was originally due on December 16, 2022, and the defense's response was originally due on December 30, 2022. On December 16, 2022, the Court granted the government's request, on consent of the defense, for an extension of its deadline to submit its supplemental sentencing submission from December 16, 2022 to December 20, 2022, and correspondingly extended the defense's deadline to submit its response to January 3, 2022.

I thank the Court for its consideration in this matter.

Respectfully submitted,

/s/ Eric M. Creizman
Eric M. Creizman (EC7684)


cc:   AUSAs Kiersten Fletcher and Daniel Loss (by ECF and email)
      United States Probation Officer Johnny Y. Kim (by email)

ARMSTRONG TEASDALE  |  LLP
ArmstrongTeasdale.com

7 TIMES SQUARE, 44TH FLOOR, NEW YORK, NY 10036-6508  T  212.209.4400