UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -   21-cr-154 (JGK)

JAMES JEREMY BARBERA,   ORDER

Defendant.

---

**JOHN G. KOELTL, District Judge:**

In his January 5, 2023, submission, the defendant states that "[a] Fatico hearing, or at least additional submissions, are necessary for the determination of Guidelines loss." ECF No. 177 at 12.

Based on the extensive submissions of the parties, the Court doubts that any further submissions or a hearing is needed. However, the defendant may make any additional submissions by **March 3, 2023**. The Government may make any additional responses by **March 17, 2023**.

Sentencing is scheduled for **April 12, 2023 at 11:00 a.m.**

SO ORDERED.

Dated:   New York, New York
         February 22, 2023

/s/ John G. Koeltl
John G. Koeltl
United States District Judge