```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

UNITED STATES OF AMERICA

       - against -                  21-cr-154 (JGK)

JAMES JEREMY BARBERA,              ORDER

            Defendant.

───────────────────────────────

JOHN G. KOELTL, District Judge:

    The defendant's request for an extension of time (ECF No. 184) is **granted**. Any further defense submissions are due **March 10, 2023**. Any further Government submissions are due **March 24, 2023**. Sentencing is adjourned to **April 20, 2023 at 10:30 a.m.** There will be no further adjournments.

**SO ORDERED.**

Dated:    New York, New York
           February 24, 2023

                                              John G. Koeltl
                                     United States District Judge