

Eric M. Creizman
Direct T 212.972.0200  F 212.409.8385
ECreizman@atllp.com

*By ECF and Courtesy Copy by Email*

March 11, 2023

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:     United States v. James Jeremy Barbera, 21-CR-154 (JGK)**

Dear Judge Koeltl:

On March 10, 2023, before the midnight deadline, we filed an incorrect version of Mr. Barbera's supplemental sentencing submission that was wholly unredacted. That filing was entered on the docket as ECF No. 186. Shortly thereafter, we filed a corrected version containing appropriate redactions. That filing was entered on the docket as ECF No. 187 and was filed for submission in place and instead of ECF No. 186.

Accordingly, we respectfully request that the Court strike the filing docketed as ECF No. 186 from public access.

We thank the Court for its consideration in this matter.

Respectfully submitted,

/s/ Eric M. Creizman
Eric M. Creizman (EC7684)
Melissa Madrigal (MM0200)

cc:     AUSAs Kiersten Fletcher and Nicholas Folly (by ECF and email)
        United States Probation Officer Johnny Kim (by email)

*Handwritten annotation:* ECF No. 186 to be stricken. So ordered. [signature] J. Koeltl U.S.D.J. 3/13/23