UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

JAMES JEREMY BARBERA,

          Defendant.

21-cr-154 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court has filed under seal two pieces of correspondence that the Court received in connection with sentencing.

SO ORDERED.

Dated:    New York, New York
           April 17, 2023

                                    John G. Koeltl
                                United States District Judge

1