```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

    - against -

JAMES JEREMY BARBERA,

             Defendant.

21-cr-154 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Sentencing in this case is adjourned to **Thursday, May 4, 2023 at 9:30 A.M.**

SO ORDERED.

Dated:  New York, New York
       April 18, 2023

                                        John G. Koeltl
                              United States District Judge

1