UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

JAMES JEREMY BARBERA,

                Defendant.

---

21-cr-154 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has filed under seal additional correspondence related to the defendant's bail conditions and upcoming sentencing.

    The Court will proceed with sentencing on **Thursday, May 4, 2023 at 9:30 a.m.** The defendant is reminded that there is a court order prohibiting him from "engaging in any solicitation of investors, including but not limited to on behalf of Nanobeak and Blu Biotech." ECF No. 180 at 2. The violation of that order can have serious consequences for the defendant.

SO ORDERED.

Dated:    New York, New York
           April 20, 2023

                                          John G. Koeltl
                                    United States District Judge