UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

JAMES JEREMY BARBERA,

           Defendant.

21-cr-154 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court has filed under seal additional correspondence that the Court received in connection with sentencing.

SO ORDERED.

Dated:    New York, New York
         May 1, 2023

                                              John G. Koeltl
                                     United States District Judge

1