UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

- against -

JAMES JEREMY BARBERA,

            Defendant.

---

21-cr-154 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has filed under seal correspondence received from the defendant in connection with sentencing.

SO ORDERED.

Dated:    New York, New York
           May 5, 2023

                                      John G. Koeltl
                                United States District Judge

1