UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

JAMES JEREMY BARBERA,

                Defendant.

21-cr-154 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Government should respond to the defense submission with respect to restitution (ECF No. 217) by **August 25, 2023**.

SO ORDERED.

Dated:    New York, New York
           August 8, 2023

                                    John G. Koeltl
                             United States District Judge

1