```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
UNITED STATES OF AMERICA

        - against -                      21-cr-154 (JGK)

JAMES JEREMY BARBERA,                    ORDER

            Defendant.
───────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The defendant's surrender date is adjourned to **January 12, 2024,** at **2:00 p.m.**

SO ORDERED.

Dated:   New York, New York
         August 30, 2023            _____/s/ John G. Koeltl_____
                                         **John G. Koeltl**
                                 **United States District Judge**