```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

**UNITED STATES OF AMERICA**

        - against -

**JAMES JEREMY BARBERA,**

                  Defendant.

───────────────────────────────

21-cr-154 (JGK)

RESTITUTION ORDER

**JOHN G. KOELTL, District Judge:**

    Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Kiersten A. Fletcher, Assistant United States Attorney, of counsel; the Presentence Report; the defendant's conviction on Counts One, Two, and Three of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** Jeremy Barbera, the defendant, shall pay restitution in the total amount of $6,926,150.00 to the victims of the offenses charged in Counts One, Two, and Three of the Indictment. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the

1

privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

3. **Payment Schedule.** Restitution is payable at the rate of 15% of the defendant's gross monthly income beginning 30 days after the defendant's release from incarceration. Interest will not accrue on the restitution amount because of the defendant's inability to pay the full restitution award.

**SO ORDERED.**

Dated:   New York, New York
         September 18, 2023

_____
John G. Koeltl
United States District Judge