UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

JAMES JEREMY BARBERA,

             Defendants.

21-cr-154 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant's application for bail pending appeal, see ECF No. 231, is withdrawn in view of the Court's extension of the surrender date to April 15, 2024. See ECF No. 235.

SO ORDERED.

Dated:    New York, New York
            December 7, 2023

                                      John G. Koeltl
                                United States District Judge