UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                                21 cr 154 (JGK)

JAMES JEREMY BARBERA,                           **ORDER**
                    Defendant.
-------------------------------------------------------------X

The parties shall appear for a conference on **Friday, May 3, 2024, at 12:00am.**

**SO ORDERED.**

                                                             **JOHN G. KOELTL**
                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 24, 2024