UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

UNITED STATES OF AMERICA

       - against -             21-cr-154 (JGK)

JAMES JEREMY BARBERA,         ORDER

           Defendant.
───────────────────────────────────

JOHN G. KOELTL, District Judge:

The parties are directed to submit a proposed order dismissing the indictment by **January 7, 2026.**

SO ORDERED.

Dated:    New York, New York
        December 17, 2025

                          _____
                            John G. Koeltl
                  United States District Judge